# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2014

149290

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CYNTHIA ANN MAZUR,
    Defendant-Appellant.

SC: 149290
COA: 317447
Oakland CC: 2012-243299-FH

_____/

On order of the Court, the application for leave to appeal the April 1, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 28 days of the date of this order addressing whether the defendant is entitled to immunity under § 4 of the Michigan Medical Marihuana Act (MMMA), MCL 333.26421 *et seq.*, specifically MCL 333.26424(g) and/or MCL 333.26424(i), where her spouse was a registered qualifying patient and primary caregiver under the act, but his marijuana-related activities inside the family home were not in full compliance with the act. The parties should not submit mere restatements of their application papers.

We direct the Clerk to schedule the oral argument in this case for the same future session of this Court when it will hear oral argument in *People v Hartwick* (Docket No. 148444), and *People v Tuttle* (Docket No. 148971).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2014 _____

p1022



Clerk